ZAM: USAO#2016R00132

FILED ___ ENTERED
LOGGED ___ RECEIVED

JAN 11 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. MJG-17-013 |
| v. | * | |
| ZACHARY LEE and, | * | (Conspiracy, 18 U.S.C. § 371; False Information and Hoax, 18 U.S.C. §1038(a)(1)(B); Aggravated Identity Theft, 18 U.S.C. § 1028A; Aiding and Abetting, 18 U.S.C. § 2) |
| ROBERT WALKER MCDAID | * | |
| Defendants | * | |

******

# INDICTMENT

## COUNT ONE
(Conspiracy)

The Grand Jury for the District of Maryland charges that:

### Introduction

1. Defendant, **ZACHARY LEE** ("**LEE**") was a resident of Ellicott City, Maryland.

2. Defendant **ROBERT WALKER MCDAID** ("**MCDAID**") was a resident of Coventry, England, United Kingdom. **MCDAID** held himself out on the Internet to be a computer hacker.

3. T.D. was a resident of Ellicott City, Maryland and an acquaintance of **LEE**.

4. Swatting is a term used to describe the act of utilizing deception and trickery to entice an emergency service provider into dispatching an emergency response based on a false report of an ongoing critical incident.

5. On or about February 18, 2015, at approximately 4:12 pm, the Maryland Coordination and Analysis Center's (MCAC) Terrorism Hotline, received an emergency call from an individual pretending to be T.D. and falsely stated that he had a loaded gun and several

bags of plastic explosives, and that he had taken three hostages. The caller demanded $15,000 in cash be delivered in a red bag to the address where T.D. lived. The caller stated that he would start executing the hostages in 15 minutes if his demands were not met.

6. Immediately after receiving the call, a Howard County Police Department (HCPD) Tactical team was dispatched and, at approximately 4:16 pm, arrived at T.D.'s home in Ellicott City.

7. At approximately 6:46 pm on February 18, 2015, in response to the circumstances presented there, members of HCPD's Tactical team shot T.D. with rubber bullets in the chest and face. T.D. suffered bruised lungs, a fractured rib, and numerous broken bones to the left side of the face that required reconstructive surgery. Investigators subsequently learned that T.D. did not make the emergency call, there were no hostages at T.D.'s residence and T.D. was not in possession of loaded firearms and explosives.

8. Neither HCPD nor MCAC were aware that the emergency call had been false when made.

## **The Conspiracy**

9. Between in or about February 17, 2015 and on or about February 18, 2015, in the District of Maryland, the United Kingdom, and elsewhere, the defendants **LEE** and **MCDAID** conspired, combined, confederated and agreed together to commit an offense against the United States; to wit, conveying false and misleading information, in violation of Title 18, United States Code Sections 1038(a)(1)(A).

## **Object of the Conspiracy**

10. It was the object of the conspiracy to convey false and misleading information about a hostage situation that would cause armed law enforcement officers to be dispatched to the home of T.D.

## Manner and Means of the Conspiracy

11. It was part of the conspiracy that **LEE** and **MCDAID** communicated with one another via social media and the Internet.

12. It was further part of the conspiracy that **LEE** and **MCDAID** obtained the personal identifying information, including the address, of T.D.

13. It was further part of the conspiracy that **LEE** and **MCDAID** caused a phone call to be placed to the MCAC's Terrorism Hotline, pretended to be T.D., informed officials that there were loaded firearms, explosive, and hostages present, and provided the personal information of T.D.

## The Charge

14. Between on or about February 17, 2015 and on or about February 18, 2015, in the District of Maryland and elsewhere, the defendants,

**ZACHARY LEE and
ROBERT WALKER MCDAID,**

did unlawfully, knowingly and willfully, conspire, combine, confederate and agree with each other and persons known and unknown to the Grand Jury to commit an offense against the United States, that is, to intentionally convey false and misleading information of an armed hostage situation under circumstances where such information may reasonably have been believed that indicated that an activity was taking place, that would constitute a violation of chapters 40 and 44, Title 18, United States Code, and that one or more of such persons did an act to effect the object of said conspiracy.

## Overt Acts

15. In furtherance of the conspiracy and to achieve its object, the defendants committed and caused to be committed, in the District of Maryland and elsewhere, at least one of the following overt acts, among others:

    a. On February 17, 2015, **LEE** messaged **MCDAID** via Skype and stated, "I have someone I need sw@tted" and "this time its foreal, and its a green light."

    b. On February 17, 2015, **MCDAID** responded to **LEE** and stated "Ok" and "u got the address?"

    c. On February 17, 2015, **LEE** sent **MCDAID** a link to a search **LEE** ran in a public database and which had T.D.'s name, date of birth, and address.

    d. On February 17, 2015, **MCDAID** responded to **LEE** and stated "il do it when im up."

    e. On February 18, 2015, **LEE** messaged **MCDAID** on Facebook and asked **MCDAID** to "talk on skype."

    f. On February 18, 2015, a call from **MCDAID**'s Skype account was placed to the MCACTH. **MCDAID**, **LEE** and another coconspirator were participants in that call. The caller stated that his name was "Tyrone" and that he had a loaded gun, several bags of plastic explosives, and three hostages. "Tyrone" provided T.D.'s address, including his apartment number. "Tyrone" also demanded $15,000 cash be delivered to that address within 15 minutes or else the hostages would be shot.

    g. On February 18, 2015, shortly after the police arrived at the above referenced address, **LEE** posted on his Facebook account "Love my team."

18 U.S.C. § 371

4

## COUNT TWO
### (False Information and Hoax)

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Paragraphs 1 through 8 of Count One are incorporated here.

2. On or about February 18, 2015, in the District of Maryland, the defendants,

**ZACHARY LEE and
ROBERT WALKER MCDAID,**

did intentionally convey false and misleading information of an armed hostage situation, under circumstances where such information may reasonably have been believed, that indicated that an activity was taking place, that would constitute a violation of chapters 40 and 44 of Title 18, United States Code, and serious bodily injury to T.D. resulted.

18 U.S.C. § 1038(a)(1)(B)
18 U.S.C. § 2

## COUNT THREE
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Paragraphs 1 through 8 of Count One are incorporated here.

2. On or about February 18, 2015, in the District of Maryland, the defendants,

**ZACHARY LEE and
ROBERT WALKER MCDAID,**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the name, date of birth and address of T.D., during and in relation to a violation of 18 U.S.C. § 1038(a)(1)(B) (False Information and Hoax) as charged in Count Two of this Indictment and incorporated here.

18 U.S.C. §§ 1028A(a)(1) and (c)(4)
18 U.S.C. § 2

*Rod J. Rosenstein /LP*
Rod J. Rosenstein
United States Attorney

A TRUE BILL
**SIGNATURE REDACTED**
Foreperson